In the Matter of the Application of the COLUMBIA HAT MANUFACTURING COMPANY, INC., for an Order Vacating, Modifying or Correcting a Certain Award in an Arbitration Proceeding between FREDERICK W. LINCOLN and Others and COLUMBIA HAT MANUFACTURING COMPANY, INC., a Corporation. (No. 1.)

In the Matter of the Application of FREDERICK W. LINCOLN and Others to Confirm an Award against the COLUMBIA HAT MANUFACTURING COMPANY, INC. (No. 2.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.